John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 07-1095 CRB<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Vincent Lombardo, et al.,<br><br>                              Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Vincent Lombardo, Gloria Andrews, Mary Jones, Eleanor Slaughter, James Allen, Larry Ray Robinson, and Roleen Davis in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

1   DATED: 1/15, 2010     By: [signature]

        John J. Carey
        **CAREY & DANIS, LLC**
        8235 Forsyth Blvd., Suite 1100
        St. Louis, Missouri 63105
        Telephone: 314.725.7700
        Facsimile: 314.721.0905

        *Attorneys for Plaintiffs*

    DATED: 1/27, 2010     By: [signature]

        **DLA PIPER LLP (US)**
        1251 Avenue of the Americas
        New York, New York 10020
        Telephone: 212-335-4500
        Facsimile: 212-335-4501

        *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010     [signature]

        Hon. Charles R. Breyer
        United States District Court